United States District Court
Middle District of Florida
Jacksonville Division

**PORSHA BAKER &
OKECHUKU EMERJURU,**

 *Plaintiffs,*

v.              NO. 3:19-CV-293-J-39PDB

**WEN SOUTH, LLC,**

 *Defendant.*

---

# Order

Before the Court are two motions filed in state court before the defendant removed the case. Docs. 5, 6. The first is the plaintiffs' motion for an extension of time to reply to the answer to the complaint. Doc. 5. The second is the plaintiffs' motion to compel discovery responses. Doc. 6. The defendant has not responded to the motions. *See* Doc. 1 at 13–15 (state-court docket).

The Federal Rules of Civil Procedure apply to a civil action after it is removed from state court. Fed. R. Civ. P. 81(c)(1). Also, "[w]hen a case is removed to this Court with pending motions on which briefs or legal memoranda have not been submitted, the moving party shall file and serve a supporting brief within 14 days after the removal in accordance with Rule 3.01(a) of these rules[.]" Local Rule 4.02.

The Court **denies** the motion for an extension of time to reply to the answer to the complaint, Doc. 5, because a reply to an answer is allowed only if ordered, Fed. R. Civ. P. 7(a)(7), and no order has been requested or entered.

The Court **denies** the motion to compel discovery responses, Doc. 6, because no legal memorandum has been submitted. The denial is without prejudice to filing a motion that complies with Local Rule 3.01.

**Ordered** in Jacksonville, Florida, on April 1, 2019.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: Counsel of record